**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVEN W. SAMPSON, TRUSTEE,<br><br>Plaintiff,<br><br>- against -<br><br>JAMES D. ROBINSON III, LEWIS B. CAMPBELL, JAMES M. CORNELIUS, LAURIE H. GLIMCHER, M.D., VICKI L. SATO, PH.D., LEIF JOHANSSON, LOUIS J. FREEH, MICHAEL GROBSTEIN, and R. SANDERS WILLIAMS, M.D.,<br><br>Defendants,<br><br>and<br><br>BRISTOL-MYERS SQUIBB COMPANY,<br><br>Nominal Defendant. | Civil Action No. 1:07-CV-06890-PAC<br><br>Related Case No: 1:07-cv-05867-PAC |

**NOTICE OF MOTION OF PLAINTIFF STEVEN W. SAMPSON, TRUSTEE**
**FOR AN ORDER APPOINTING LEAD DERIVATIVE COUNSEL**

NOTICE IS HEREBY GIVEN THAT, Plaintiff Steven W. Sampson, Trustee will move this Court on _____, 2007 in Courtroom _____ at _____ for an Order appointing Wolf Haldenstein Adler Freeman & Herz LLP as Lead Derivative Counsel in the above-captioned action.

This Motion is supported by the accompanying Memorandum of Law, the accompanying Declaration of Gregory Mark Nespole and the exhibits annexed thereto, all of the prior pleadings and proceedings had herein, and such other written and/or oral argument, as may be presented to the Court.

Dated: August 27, 2007

*Respectfully submitted,*

**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**

By: ___/s/ Gregory Mark Nespole___
   Daniel W. Krasner (DK-6381)
   Gregory Mark Nespole (GN-6820)
   Paulette S. Fox (PF-2145)
   270 Madison Avenue
   New York, New York 10016
   Telephone: (212) 545-4600
   Facsimile: (212) 545-4653

**LAW OFFICES OF BRUCE G. MURPHY**
   Bruce G. Murphy, Esq.
   265 Llwyds Lane
   Vero Beach, Florida 32963
   Telephone: (772) 231-4202
   Facsimile: (772) 492-1044

**GAINEY & MCKENNA**
   Thomas J. McKenna, Esq.
   485 Fifth Avenue, 3rd Floor
   New York, New York 10017
   Telephone: (212) 983-1300
   Facsimile: (212) 983-0383

**ATTORNEYS FOR PLAINTIFF**

/486797