UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN W. SAMPSON, TRUSTEE, <br><br> Plaintiff, <br><br> - against - <br><br> JAMES D. ROBINSON III, LEWIS B. CAMPBELL, JAMES M. CORNELIUS, LAURIE H. GLIMCHER, M.D., VICKI L. SATO, PH.D., LEIF JOHANSSON, LOUIS J. FREEH, MICHAEL GROBSTEIN, and R. SANDERS WILLIAMS, M.D., <br><br> Defendants, <br><br> and <br><br> BRISTOL-MYERS SQUIBB COMPANY, <br><br> Nominal Defendant. | Civil Action No. 1:07-CV-06890-PAC <br><br> Related Case No: 1:07-cv-05867-PAC |

**CERTIFICATE OF SERVICE**

I, Paulette S. Fox, hereby certify that on August 27, 2007, I caused the following documents:

> Notice of Motion of Plaintiff Steven W. Sampson, Trustee, for an Order Appointing Lead Derivative Counsel;
>
> Memorandum Of Law In Support Of Motion Of of Plaintiff Steven W. Sampson, Trustee, for an Order Appointing Lead Derivative Counsel; and
>
> Declaration Of Gregory Mark Nespole in Support Of Motion of Plaintiff Steven W. Sampson, Trustee, for an Order Appointing Lead Derivative Counsel (With Exhibits A and B),

to be filed electronically with the Clerk of Court via ECF.

I further certify that on August 28, 2007, I caused copies of the foregoing documents to be e-mailed via .PDF and mailed via Federal Express to the following counsel:

Lorin L. Reisner
Michael Potenza
DEBEVOISE & PLIMPTON, LLP
919 Third Avenue
New York, NY 10022
Email: llreisner@debevoise.com
Email: mpotenza@debevoise.com

**Counsel for Nominal Defendant Bristol-Myers Squibb Company**

Kenneth Conboy
LATHAM & WATKINS LLP
885 Third Avenue
New York NY 10022
Email: kenneth.conboy@lw.com

**Counsel for Individually-Named Director Defendants**

Dated: August 28, 2007                    /s/ Paulette S. Fox_____
                                          PAULETTE S. FOX

/486978v2