## WAIVER OF SERVICE OF SUMMONS

TO:  Daniel W. Krasner, Gregory Mark Nespole, Paulette S. Fox
   WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
   270 Madison Avenue, New York, New York 10016

Named defendants James D. Robinson III, Lewis B. Campbell, James M. Cornelius, Laurie H. Glimcher, M.D., Vicki L. Sato, Ph.D, Leif Johansson, Louis J. Freeh, Michael Grobstein and R. Sanders Williams, M.D., and nominal defendant Bristol-Myers Squibb Company (collectively, "Defendants"), acknowledge receipt of your request that they waive service of summons in the action of *Steven W. Sampson, Trustee v. James D. Robinson III, et al.*, which is case number 07-Civ.-6890 in the United States District Court for the Southern District of New York.

The Defendants have also received a copy of the complaint in the action, two copies of this instrument, and a means by which they can return the signed waiver to you without cost.

The Defendants agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that they (or the entity on whose behalf they are acting) be served with judicial process in the manner provided by Rule 4.

The Defendants (or the entity on whose behalf they are acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

The Defendants understand that a judgment may be entered against them (or the party on whose behalf they are acting) if an answer or motion under Rule 12 is not served upon you within 60 days after August 2, 2007, or within 90 days after that date if the request was sent outside the United States.

Dated:  New York, New York
   August 27, 2007

DEBEVOISE & PLIMPTON LLP

By: *[signature]*
   Lorin L. Reisner
   Michael R. Potenza
   Timothy T. Howard
   919 Third Avenue
   New York, New York 10022
   (212) 909-6000 (telephone)

*Attorneys for Nominal Defendant Bristol-Myers Squibb Company*

LATHAM & WATKINS LLP

By: *[signature]*
   Kenneth Conboy
   885 Third Avenue
   New York, New York 10022
   (212) 906-1200 (telephone)

*Attorneys for Defendants James D. Robinson III, Lewis B. Campbell, James M. Cornelius, Laurie H. Glimcher, M.D., Vicki L. Sato, Ph.D, Leif Johansson, Louis J. Freeh, Michael Grobstein and R. Sanders Williams, M.D.*