UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN W. SAMPSON, TRUSTEE,<br><br>Plaintiff,<br><br>- against -<br><br>JAMES D. ROBINSON III, LEWIS B. CAMPBELL, JAMES M. CORNELIUS, LAURIE H. GLIMCHER, M.D., VICKI L. SATO, PH.D., LEIF JOHANSSON, LOUIS J. FREEH, MICHAEL GROBSTEIN, and R. SANDERS WILLIAMS, M.D.,<br><br>Defendants,<br><br>and<br><br>BRISTOL-MYERS SQUIBB COMPANY,<br><br>Nominal Defendant. | Civil Action No. 1:07-CV-06890-PAC<br><br>Related Case No: 1:07-cv-05867-PAC |

**CERTIFICATE OF SERVICE**

I, Paulette S. Fox, hereby certify that on September 21, 2007, I caused the following

documents:

> REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR AN ORDER APPOINTING LEAD DERIVATIVE COUNSEL

to be filed electronically with the Clerk of Court via ECF.

I further certify that on September 21, 2007, I caused copies of the foregoing documents to be e-mailed via .PDF and mailed via Federal Express to the following counsel:

Lorin L. Reisner
Michael Potenza
DEBEVOISE & PLIMPTON, LLP
919 Third Avenue
New York, NY 10022
Email: llreisner@debevoise.com
Email: mpotenza@debevoise.com

**Counsel for Nominal Defendant Bristol-Myers Squibb Company**

Kenneth Conboy
LATHAM & WATKINS LLP
885 Third Avenue
New York NY 10022
Email: kenneth.conboy@lw.com

**Counsel for Individually-Named Director Defendants**

Dated: September 21, 2007                /s/ Paulette S. Fox_____
                                         PAULETTE S. FOX

/488669