UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
STEVEN W. SAMPSON, TRUSTEE,                :
                                            :
                           Plaintiff,    :
                                            :
            -against-                      :    07 Civ. 6890 (PAC)
                                            :
JAMES D. ROBINSON III, LEWIS B. CAMPBELL,   :
JAMES M. CORNELIUS, LAURIE H. GLIMCHER,     :    **FILED**
M.D., VICKI L. SATO, PH.D., LEIF JOHANSSON, :    **ELECTRONICALLY**
LOUIS J. FREEH, MICHAEL GROBSTEIN, and      :
R. SANDERS WILLIAMS, M.D.,                  :
                                            :
                         Defendants,   :
                                            :
            and                            :
                                            :
BRISTOL-MYERS SQUIBB COMPANY,               :
                                            :
                 Nominal Defendant.   :
                                            :
------------------------------------------------------------------------x

## NOTICE OF MOTION

      PLEASE TAKE NOTICE that Nominal Defendant Bristol-Myers Squibb Company ("BMS" or the "Company") and the members of the BMS Board of Directors named as defendants herein (the "Director Defendants"), by their respective attorneys Debevoise & Plimpton LLP and Latham & Watkins LLP, upon all prior pleadings in this case and upon the accompanying Memorandum of Law of Bristol-Myers Squibb Company and the Director Defendants in Support of Motion to Dismiss, and the Declaration of Lorin L. Reisner in Support of Motion to Dismiss, along with the exhibits attached thereto, hereby move, pursuant to Rule 12(b)(6) and Rule 23.1 of the Federal

Rules of Civil Procedure to dismiss the Amended Verified Shareholder Derivative Complaint.

This motion is filed in accordance with the Scheduling Order entered by the Court dated October 9, 2007.

| | |
|---|---|
| Dated: New York, New York<br>November 12, 2007 | DEBEVOISE & PLIMPTON LLP<br><br>By:  /s/  Lorin L. Reisner<br>    Lorin L. Reisner<br>    Michael R. Potenza<br>    Timothy T. Howard<br>    919 Third Avenue<br>    New York, New York 10022<br>    (212) 909-6000 (telephone)<br>    (212) 909-6836 (fax)<br><br>*Attorneys for Nominal Defendant Bristol-Myers Squibb Company*<br><br>LATHAM & WATKINS LLP<br><br>By:  /s/  Kenneth Conboy<br>    Kenneth Conboy<br>    885 Third Avenue<br>    New York, New York 10022<br>    (212) 906-1200 (telephone)<br>    (212) 751-4864 (fax)<br><br>*Attorneys for Defendants James D. Robinson III, Lewis B. Campbell, James M. Cornelius, Laurie H. Glimcher, M.D., Vicki L. Sato, Ph.D, Leif Johansson, Louis J. Freeh, Michael Grobstein and R. Sanders Williams, M.D.* |