```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
STEVEN W. SAMPSON, TRUSTEE,                        :
                                                   :
                        Plaintiff,                 :
                                                   :
        -against-                                  :   07 Civ. 6890 (PAC)
                                                   :
JAMES D. ROBINSON III, LEWIS B. CAMPBELL,          :   FILED
JAMES M. CORNELIUS, LAURIE H. GLIMCHER,            :   ELECTRONICALLY
M.D., VICKI L. SATO, PH.D., LEIF JOHANSSON,        :
LOUIS J. FREEH, MICHAEL GROBSTEIN, and             :
R. SANDERS WILLIAMS, M.D.,                         :
                                                   :
                        Defendants,                :
                                                   :
                and                                :
                                                   :
BRISTOL-MYERS SQUIBB COMPANY,                      :
                                                   :
                        Nominal Defendant.         :
                                                   :
------------------------------------------------------------------------x
```

## ATTORNEY'S CERTIFICATE OF SERVICE

The undersigned, an attorney at law in the state of New York, affirms under penalty of perjury, that on November 12, 2007, he caused the Notice of Motion, Memorandum of Law of Bristol-Myers Squibb Company and the Director Defendants in Support of Motion to Dismiss, and Declaration of Lorin L. Reisner in Support of Motion to Dismiss to be served by Federal Express upon:

>  Bruce G. Murphy, Esq.
>  265 Llwyds Lane
>  Vero Beach, Florida 32963

                                 /s/  Timothy T. Howard
                                     Timothy T. Howard