UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN W. SAMPSON, TRUSTEE,<br><br>Plaintiff,<br><br>- against -<br><br>JAMES D. ROBINSON III, LEWIS B. CAMPBELL, JAMES M. CORNELIUS, LAURIE H. GLIMCHER, M.D., VICKI L. SATO, PH.D., LEIF JOHANSSON, LOUIS J. FREEH, MICHAEL GROBSTEIN, and R. SANDERS WILLIAMS, M.D.,<br><br>Defendants,<br><br>and<br><br>BRISTOL-MYERS SQUIBB COMPANY,<br><br>Nominal Defendant. | Case No. 1:07-CV-06890-PAC<br><br>Related Case No. 1:07-cv-05867-PAC<br><br>**FILED ELECTRONICALLY** |

**CERTIFICATE OF SERVICE**

I, Paulette S. Fox, hereby certify that on December 17, 2007, I caused the following documents:

    DERIVATIVE PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DISMISS OF NOMINAL DEFENDANT BRISTOL-MYERS SQUIBB COMPANY AND THE DIRECTOR DEFENDANTS; AND

    DECLARATION OF GREGORY MARK NESPOLE IN SUPPORT OF DERIVATIVE PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DISMISS OF NOMINAL DEFENDANT BRISTOL-MYERS SQUIBB COMPANY AND THE DIRECTOR DEFENDANTS (WITH EXHIBITS),

to be electronically filed with the United States District Court for the Southern District of New York. I further certify that on December 17, 2007, I caused copies of the foregoing documents to be emailed via .PDF and mailed via Federal Express to the following counsel:

Lorin L. Reisner
Michael Potenza
DEBEVOISE & PLIMPTON, LLP
919 Third Avenue
New York, NY 10022
Email: llreisner@debevoise.com
Email: mpotenza@debevoise.com

**Counsel for Nominal Defendant Bristol-Myers Squibb Company**

Kenneth Conboy
LATHAM & WATKINS LLP
885 Third Avenue
New York NY 10022
Email: kenneth.conboy@lw.com

**Counsel for Individually-Named Director Defendants**

Dated: December 17, 2007                /s/ Paulette S. Fox
                                        PAULETTE S. FOX