UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                              :
                                              :        07 Civ. 5867 (PAC)
IN RE BRISTOL-MYERS SQUIBB CO.                :
SECURITIES LITIGATION                         :        **FILED**
                                              :        **ELECTRONICALLY**
                                              :
                                              :
-------------------------------------------------------x

### ATTORNEY'S CERTIFICATE OF SERVICE

The undersigned, an attorney at law in the state of New York, affirms under

penalty of perjury, that on January 7, 2008, he caused the Reply Memorandum of Law of

Bristol-Myers Squibb Company in Support of Motion to Dismiss, and Second

Declaration of Lorin L. Reisner in Support of Motion to Dismiss to be served by Federal

Express upon:

> Richard A. Lockridge, Esq.
> LOCKRIDGE GRINDAL NAUEN P.L.L.P.
> 100 Washington Avenue South, Suite 2200
> Minneapolis, Minnesota 55401


                      /s/ Timothy T. Howard
                          Timothy T. Howard