UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

STEVEN W SAMPSON, TRUSTEE,
                Plaintiff,

-against-

JAMES D ROBINSON III, et.al.,
                Defendants.

-and-

BRISTOL-MYERS SQUIBB CO.,
                Nominal Defendant.

-----------------------------------------------------------X

07 CIVIL 6890 (PAC)

**JUDGMENT**



Defendant having moved for a dismissal of the complaint, and the matter having come before the Honorable Paul A Crotty, United States District Judge, and the Court, on Aug 20, 2008, having rendered its Opinion and Order granting defendant's motion for dismissal of the complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order, dated Aug 20, 2008, defendant's motion for dismissal of the complaint is granted and the case is closed.

**Dated:** New York, New York
        Aug 21, 2008

J. MICHAEL McMAHON
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____