UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN W. SAMPSON, TRUSTEE,<br><br>                Plaintiff,<br><br>- against -<br><br>JAMES D. ROBINSON III, LEWIS B. CAMPBELL, JAMES M. CORNELIUS, LAURIE H. GLIMCHER, M.D., VICKI L. SATO, PH.D., LEIF JOHANSSON, LOUIS J. FREEH, MICHAEL GROBSTEIN, and R. SANDERS WILLIAMS, M.D.,<br><br>                Defendants,<br><br>   and<br><br>BRISTOL-MYERS SQUIBB COMPANY,<br><br>                Nominal Defendant. | Case No. 1:07-CV-06890-PAC<br><br>Related Case No. 1:07-cv-05867-PAC<br><br>**FILED ELECTRONICALLY** |

### NOTICE OF DERIVATIVE PLAINTIFF'S MOTION FOR RECONSIDERATION AND TO ALTER OR AMEND THE ORDER AND JUDGMENT AND FOR LEAVE TO AMEND THE COMPLAINT

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN THAT**, Derivative Plaintiff Steven W. Sampson, Trustee will move this Court on before the Honorable Paul A. Crotty, United States District Judge, on _____, 2008 at _____, or as soon thereafter as counsel can be heard, in Courtroom 20C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, (i) pursuant to Local Civil Rule 6.3 for reconsideration; (ii) pursuant to Federal Rule of Civil Procedure 59(e) for an order amending the Opinion and Order dated August 20, 2008 ("Derivative Order"), and this Court's Judgment, implementing the Derivative Order, which was signed and entered for the Clerk of the Court on August 21, 2008, to provide

that the dismissal of Derivative Plaintiff's Amended Verified Shareholder Derivative Complaint is without prejudice; and (iii) for an order granting leave to file an amended complaint pursuant to Federal Rule of Civil Procedure 15(a).

This Motion is supported by the accompanying Memorandum of Law, the accompanying Affidavit of Paulette S. Fox and the exhibits annexed thereto, all of the prior pleadings and proceedings had herein, and such other written and/or oral argument, as may be presented to the Court.

Dated:  September 5, 2008

*Respectfully submitted,*

**WOLF HALDENSTEIN ADLER
    FREEMAN & HERZ LLP**

By:    /s/ Alexander H. Schmidt
    Daniel W. Krasner (DK-6381)
    Gregory Mark Nespole (GN-6820)
    Alexander H. Schmidt (AS-8304)
    Paulette S. Fox (PF-2145)
    270 Madison Avenue
    New York, New York 10016
    Telephone: (212) 545-4600
    Facsimile: (212) 545-4653

**LAW OFFICES OF BRUCE G. MURPHY**
    Bruce G. Murphy, Esq.
    265 Llwyds Lane
    Vero Beach, Florida  32963
    Telephone:  (772) 231-4202
    Facsimile:  (772) 492-1044

**GAINEY & MCKENNA**
    Thomas J. McKenna, Esq.
    295 Madison Avenue, 4th Floor
    New York, NY 10017
    Tel: (212) 983-1300
    Fax: (212) 983-0383

**COUNSEL FOR DERIVATIVE PLAINTIFF**

/519888