# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
STEVEN W SAMPSON, TRUSTEE,
               Plaintiff,                   07 CIVIL 6890 (PAC)

    -against-                       **JUDGMENT**

JAMES D ROBINSON III, et.al.,
              Defendants.

    -and-

BRISTOL-MYERS SQUIBB CO.,
              Nominal Defendant.
----------------------------------------------------------X



Defendant having moved for a dismissal of the complaint, and the matter having come before the Honorable Paul A Crotty, United States District Judge, and the Court, on Aug 20, 2008, having rendered its Opinion and Order granting defendant's motion for dismissal of the complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order, dated Aug 20, 2008, defendant's motion for dismissal of the complaint is granted and the case is closed.

Dated: New York, New York
         Aug 21, 2008

                                        **J. MICHAEL McMAHON**
                                        Clerk of Court
                         BY:
                                        Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____