UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN W. SAMPSON, TRUSTEE,<br><br>Plaintiff,<br><br>- against -<br><br>JAMES D. ROBINSON III, LEWIS B. CAMPBELL, JAMES M. CORNELIUS, LAURIE H. GLIMCHER, M.D., VICKI L. SATO, PH.D., LEIF JOHANSSON, LOUIS J. FREEH, MICHAEL GROBSTEIN, and R. SANDERS WILLIAMS, M.D.,<br><br>Defendants,<br><br>and<br><br>BRISTOL-MYERS SQUIBB COMPANY,<br><br>Nominal Defendant. | Case No. 1:07-CV-06890-PAC<br><br>Related Case No. 1:07-cv-05867-PAC<br><br>**FILED ELECTRONICALLY** |

## CERTIFICATE OF SERVICE

I, Paulette S. Fox, hereby certify that on September 5, 2008, I caused the following documents:

(1) NOTICE OF DERIVATIVE PLAINTIFF'S MOTION FOR RECONSIDERATION AND TO ALTER OR AMEND THE ORDER AND JUDGMENT AND FOR LEAVE TO AMEND THE COMPLAINT,

(2) DERIVATIVE PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION AND TO ALTER OR AMEND THE ORDER AND JUDGMENT AND FOR LEAVE TO AMEND THE COMPLAINT, AND

(3) AFFIDAVIT OF PAULETTE S. FOX IN SUPPORT OF DERIVATIVE PLAINTIFF'S MOTION FOR RECONSIDERATION AND TO ALTER OR AMEND THE ORDER AND JUDGMENT AND FOR LEAVE TO AMEND THE COMPLAINT (WITH EXHIBITS THERETO),

1

to be filed electronically with the Clerk of Court via ECF and served in accordance the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service.

Dated: September 5, 2008

                                                        /s/ Paulette S. Fox
                                                       PAULETTE S. FOX